[No. 42525-4-II.   Division Two.   July 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN K. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04824-5, John R. Hickman, J., entered August 26, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 42863-6-II.   Division Two.   July 9, 2013.]

*In the Matter of the Personal Restraint of* DYNAMITE SALAVEA, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Bjorgen, J., concurred in by Johanson. A.C.J., and Hunt, J.

[No. 43098-3-II.   Division Two.   July 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JAMES DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00932-1, James W. Lawler, J., entered February 15, 2012. *Affirmed* by unpublished opinion per Tollefson, J. Pro Tem., concurred in by Worswick, C.J., and Johanson, J.

[No. 43397-4-II.   Division Two.   July 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LIONEL MCCLURE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00242-8, Scott A. Collier, J., entered April 11, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.